UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 22-830-MWF(ASx)**                                    Dated: April 1, 2022

Title:    Jorge Alejandro Rojas -v- EXP Realty of California, Inc., et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                      None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

In light of the Notice of Settlement [13] filed March 24, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal, as to EXP Realty of California, Inc. only, for May 9, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.